USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/27/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Government,

                - against -

Benjamin Harrison,
                Defendant.
------------------------------------------------------------x

09 Cr 765 (RMB)

**ORDER**

The conference in this matter is rescheduled from 9:30 am December 2, 2019 to 9:30 am on December 3, 2019. Counsel are requested to notify the Defendant and the Supervising Probation Officer of the change in the date and time of the conference.

Dated: New York, New York
       November 27, 2019

**RICHARD M. BERMAN**
U.S.D.J.