UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
             Government,

   -against-

BENJAMIN HARRISON,
             Defendant.
-----------------------------------------------------------X

09 CR. 765 (RMB)

**ORDER**

The supervised release hearing previously scheduled for Monday, November 1, 2021 at 10:00 AM is hereby rescheduled to 11:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

   USA Toll-Free Number: (877) 336-1829
   Access Code: 6265989
   Security Code: 7653

Dated: October 29, 2021
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.