UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                09 CR. 765 (RMB)

   -against-

**ORDER**

BENJAMIN HARRISON,
                Defendant.
------------------------------------------------------------X

     In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Thursday, March 10, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

     USA Toll-Free Number: (877) 336-1829
     Access Code: 6265989
     Security Code: 7653

Dated: March 2, 2022
       New York, NY

                                _____
                                   RICHARD M. BERMAN
                                       U.S.D.J.