UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                09 CR. 765 (RMB)

   -against-

**ORDER**

BENJAMIN HARRISON,
                Defendant.
------------------------------------------------------------X

The supervised release hearing scheduled for Tuesday, May 17, 2022 at 9:30 AM is hereby rescheduled to Wednesday, May 18, 2022 at 9:30 AM.

In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7653

Dated: May 11, 2022
       New York, NY

                                    RICHARD M. BERMAN
                                         U.S.D.J.