**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    09 CR. 765 (RMB)
   -against-

                                                    **AMENDED ORDER**
BENJAMIN HARRISON,
                Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Tuesday, May 17, 2022 at 9:30 AM is hereby rescheduled to Thursday, May 19, 2022 at 12:30 PM.

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7653

Dated: May 11, 2022
       New York, NY

                                                      _____
                                                      RICHARD M. BERMAN
                                                           U.S.D.J.