UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

BENJAMIN HARRISON,
               Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the proceeding scheduled for Tuesday, June 7, 2022 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7653

Dated: June 1, 2022
       New York, NY

                                            RICHARD M. BERMAN
                                                 U.S.D.J.