**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           09 CR. 765 (RMB)
   -against-

                                                                           **AMENDED ORDER**

BENJAMIN HARRISON,
                Defendant.
------------------------------------------------------------X

      The proceeding scheduled for Tuesday, June 7, 2022 at 11:30 AM will be held in Courtroom 17B.

Dated: June 2, 2022
       New York, NY

                                                          _____
                                                              RICHARD M. BERMAN
                                                                    U.S.D.J.