**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

   -against-

BENJAMIN HARRISON,
               Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**<u>ORDER</u>**

The supervised release hearing and sentence previously scheduled for Tuesday, September 6, 2022 at 10:30 AM is hereby rescheduled to Wednesday, October 19, 2022 at 10:30 AM.

Dated: August 31, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.