UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
            Government,

                                                                       09 CR. 765 (RMB)
  -against-

                                                                       **ORDER**

BENJAMIN HARRISON,
            Defendant.
------------------------------------------------------------X

       The supervised release hearing and sentence previously scheduled for Wednesday, October 19, 2022 at 10:30 AM is hereby rescheduled to Wednesday, November 2, 2022 at 11:00 AM. The proceeding will be held in Courtroom 17B.

       The term of supervised release is hereby extended to November 2, 2022, on consent.

Dated: October 17, 2022
       New York, NY

                                                                         RICHARD M. BERMAN
                                                                              U.S.D.J.