**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                    Government,

        -against-

BENJAMIN HARRISON,
                   Defendant.
------------------------------------------------------------X

09 CR. 765 (RMB)

**<u>ORDER</u>**

The Court will hold a violation of supervised release sentence on Wednesday, December 7, 2022 at 10:00 A.M.

The proceeding will be held in Courtroom 17B.

Dated: November 30, 2022
      New York, NY

_____
     RICHARD M. BERMAN
        U.S.D.J.