**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
UNITED STATES OF AMERICA,             :
                                       :
               Government,   :   09 CR. 765 (RMB)
                                       :
   - against -                        :   **ORDER**
                                       :
BENJAMIN HARRISON,                     :
                                       :
               Defendant.    :
---------------------------------------------------------------x

The hearing scheduled for Wednesday, February 8, 2023 at 11:00 A.M. will take place in Courtroom 17B.

Dated: February 1, 2023
      New York, NY

                                       _____
                                          RICHARD M. BERMAN
                                              U.S.D.J.